# Exhibit 2

1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2 | MICHELLE LO (NYBN 4325163)
Chief, Civil Division
3 | EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney
4 |
5 | 1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3929
6 | Facsimile: (510) 637-3724
E-mail: emmet.ong@usdoj.gov
7 |
Attorneys for Defendant
8 | UNITED STATES OF AMERICA
9 |
UNITED STATES DISTRICT COURT
10 |
NORTHERN DISTRICT OF CALIFORNIA
11 |
12 | PHUONG NGUYEN and PHUONG T. NGUYEN, )   Civil Action No.
D.D.S., INC. (d/b/a LASER COSMETIC           )
DENTISTRY),                                  )
13 |                                          )
14 |        Plaintiffs,                       )
                                             )
15 |    v.                                    )   **CERTIFICATION PURSUANT TO 28 U.S.C.
                                             )   § 2679(d) OF SCOPE OF OFFICE OR
                                             )   EMPLOYMENT**
16 | WELLS FARGO, N.A. *et al.*,              )
                                             )
17 |        Defendants.                       )
                                             )
                                             )
18 | _____ )
19 |        I, Michelle Lo, hereby certify as follows:
20 |        1.       I am the Chief of the Civil Division of the United States Attorney's Office for the
21 | Northern District of California.  Pursuant to direction from Stephanie M. Hinds, the United States
22 | Attorney for the Northern District of California, I have been authorized to exercise on behalf of the
23 | United States Attorney the authority vested in her by the Attorney General, pursuant to 28 C.F.R. § 15.4,
24 | to certify pursuant to 28 U.S.C. § 2679(d) that federal employees named as defendants in a civil action
25 | were acting within the course and scope of their office or employment with reference to the matters
26 | alleged in the suit.
27 |        2.       I have reviewed the Third Amended Complaint filed by Plaintiffs Phuong Nguyen and
28 | CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
NO.

1   Phuong T. Nguyen, D.D.S., Inc. (d/b/a Laser Cosmetic Dentistry) against Joseph King III in *Phuong*

2   *Nguyen et al. v. Wells Fargo, N.A. et al.*, No. 18CIV06581, which is pending in the Superior Court of

3   California, County of San Mateo.  On the basis of the Third Amended Complaint and certain other

4   information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the

5   authority vested in me as set forth above, I hereby certify that Mr. King was an employee of the U.S.

6   Small Business Administration and was acting within the scope of his office or employment at all times

7   material to such incidents alleged in the  Third Amended Complaint.

8

9   DATED:  November 15, 2022                              Respectfully submitted,

10                                                                           STEPHANIE M. HINDS
                                                                               United States Attorney
11

12                                                                           /s/ *Michelle Lo*
                                                                               MICHELLE LO
13                                                                           Chief, Civil Division
                                                                               United States Attorney's Office
14                                                                           Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28   CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
      NO.

                                                                        2