CHRIS D. GREINKE, ESQ. (State Bar No. 211004)
L&F Brown, P.C.
6430 Sunset Blvd., Suite 505
Los Angeles, California 90028
Telephone: (213) 584-2300
Facsimile: (323) 372-3988
Email: cgreinke@lfbrown.law

Attorneys for Defendant/Cross-Defendant
NORTH AMERICAN TITLE COMPANY, INC.
(erroneously sued as NORTH AMERICAN
TITLE COMPANY INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG NGUYEN, an individual; PHUONG T. NGUYEN, D.D.S., INC. d/b/a LASER COSMETIC DENTISTRY, business entity, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A., business entity; A.J.E. INVESTMENT GROUP, LLC d/b/a AJE INVESTMENT GROUP, LLC, a business entity; JAIME GONZALEZ, an individual; and DOES 1 through 50, inclusive. <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | **Case No.: 3:22-cv-07166-LB** <br><br> **CROSS-DEFENDANT NORTH AMERICAN TITLE COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned certifies that the interested entities or persons required to be listed are as follows:

    North American Title Company

    States Title Agency, Inc.

    Doma Holdings, Inc.

    Lennar Corporation

| | |
|---|---|
| Dated: November 22, 2022 | **L&F BROWN, P.C.** |

           By: /s/ Chris D. Greinke
              CHRIS D. GREINKE, ESQ.
              Attorneys for Defendant/Cross-Defendant
              NORTH AMERICAN TITLE COMPANY,
              INC. (erroneously sued as NORTH
              AMERICAN TITLE COMPANY INC.)

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 6430 Sunset Blvd., Suite 505, Los Angeles, California 90028.

On November 22, 2022, I served true and correct copies of the following document(s) described as:

- **CROSS-DEFENDANT NORTH AMERICAN TITLE COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action as follows:

> Emmet P. Ong,
> UNITED STATES ATTORNEY'S OFFICE
> 1301 Clay Street, Suite 340S
> Oakland, CA 94612
> (510) 637-3929
> emmet.ong@usdoj.gov

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the above document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the above document(s) was [hand delivered or mailed via U.S. Mail or other carrier] to the person(s) listed below:

| | |
|---|---|
| Paul E. Manasian<br>1310 65th Street<br>Emeryville, CA 94608<br>Telephone: (415) 730-3419<br>Email: manasian@mrlawsf.com | Phuong T. Nguyen<br>937 Farrier Pl.<br>Daly City, CA 94014<br>(650) 228-6880<br>DrFaith37@gmail.com |
| Robert A. Bailey, Esq.<br>LAGERLOF, LLP<br>155 North Lake Avenue, 11th Floor<br>Pasadena, CA 91101-4158<br>(626) 683-7234<br>rbailey@afrct.com | Bryan M. Grundon, Esq.<br>LAW OFFICES OF BRYAN M. GRUNDON<br>16870 West Bernardo Dr., Suite 400<br>San Diego, CA 92127<br>bryan@grundonlaw.com |
| Brian S. Healy, Esq.<br>TIERNEY WATSON & HEALY<br>A PROFESSIONAL LAW CORPORATION<br>48 Gold Street, Fl.1<br>San Francisco, CA 94133<br>(415) 974-1900<br>brian@tw2law.com | Timothy Silverman<br>SCHEER LAW GROUP, LLP<br>155 N. Redwood Dr. Suite 100<br>San Rafael, CA 94903<br>(415) 491-8900<br>tsilverman@scheerlawgroup.com |

| | |
|---|---|
| Charles Matson<br>418 Fulton Street<br>San Francisco, CA 94102<br>(831) 277-5922 | Michael Flores<br>815 Alvarado Ave.<br>Sunnyvale, CA 95035<br>(650) 444-5600<br>mflores3@sbcglobal.net |

☒     **BY MAIL:**     I deposited such document(s) in a sealed envelope with the United States Postal Service ("USPS") with the postage fully prepaid. I am a resident of Rocklin, California, the same county in which the aforementioned document(s) were deposited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on November 22, 2022, at Rocklin, California.

                                                    /s/ Jason Olesen
                                                  Jason Olesen